# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY NO. 17-04027-JJT |
| Lori J. Bliss | ) | |
| | ) | CHAPTER NO. 13 |
| Debtor | ) | |
| | ) | CLAIM NO. 12-1 |
| BOSTON PORTFOLIO ADVISORS as servicer | ) | |
| for PNC Bank, N.A. | ) | |
| Movant | ) | |

### NOTICE OF WITHDRAWAL OF
### PROOF OF CLAIM NO. 12-1 WITH CERTIFICATION OF CONCURRENCE

Now comes, BOSTON PORTFOLIO ADVISORS as servicer for PNC Bank, N.A. c/o Weltman, Weinberg & Reis, through its counsel, James Valecko and Weltman, Weinberg & Reis Co., L.P.A. and hereby withdraws its Proof of Claim No. 12-1, which was filed with this court on 01/22/2018. The undersigned further certifies that the counsel for Movant, James Valecko, contacted Debtor's Counsel with regard to the Notice to Withdraw Proof of Claim No. 12-1, and that as a result of such contact, Debtor's Counsel concurs in the Notice.

Dated: 02/13/2018                WELTMAN, WEINBERG & REIS, CO., L.P.A.


/s/ James Valecko
PA I.D. #79596
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-434-7958

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY NO. 17-04027-JJT |
| Lori J. Bliss | ) | |
| | ) | CHAPTER NO. 13 |
| Debtor | ) | |
| | ) | CLAIM NO. 12-1 |
| BOSTON PORTFOLIO ADVISORS as servicer | ) | |
| for PNC Bank, N.A. | ) | |
| Movant | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on the 13th day of February, 2018, a copy of the Notice of Withdrawal of Proof of Claim No. 12-1 with Certification of Concurrence filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Lori J. Bliss
24 Wyoming St
Wilkes Barre, PA 18702-4430

Lisa M. Doran
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Method of Service: First Class Mail, postage prepaid

/s/ James Valecko
PA I.D. #79596
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-434-7958