# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Lori J. Bliss aka Lori Jean Bliss**     :   Case No. 5-17-04027
**aka Lori J. Sennett,**     :   Chapter 13

       Debtor

## AMENDED CERTIFICATION OF SERVICE

I Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 certify:

That at all times hereinafter mentioned I was at least 18 years of age;

That on the 29th day of March, 2018, I served a copy of the attached *First Amended Plan* and *Notice* on all parties listed on the attached matrix to the address listed thereon by mailing a copy of the same by First Class U S Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2018        By: /s/ *Lisa M. Doran*

                                                           Lisa M. Doran, Esquire

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
**Lori J. Bliss aka Lori Jean Bliss** : Case No. 5-17-04027
**aka Lori J. Sennett,** : Chapter 13
:
      Debtor :

## NOTICE

The confirmation hearing on the First Amended Plan ("Plan") has been scheduled for the Debtor at the following date, time, and location:

    Date: May 8, 2018      Time: 9:30 AM

    Location:    United States Bankruptcy Court
                    Max Rosenn Federal Court House
                    197 South Main Street
                    Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: **May 1, 2018**

Any objections to confirmation of the plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the plan at this time.

A copy of the Plan is enclosed with this Notice. A copy also may be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Dated:    March 29, 2018      Filed by:    LISA M. DORAN, ESQUIRE
                                                        Counsel for the Debtor
                                                        69 Public Square, Suite 700
                                                        Wilkes-Barre, PA 18701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                   : CHAPTER 13
                                         :
LORI J. BLISS fka LORI J. SENNETT        : CASE NO. <u>5-17-bk-04027</u>
                                         :
            Debtor(s)                    : ____ ORIGINAL PLAN
                                         : _X_ **FIRST AMENDED PLAN**
                                         :      (indicate 1st, 2nd, 3rd, etc)
                                         : ____ Number of Motions to Avoid Liens
                                         : ____ Number of Motions to Value
                                         :      Collateral

### CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in §9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ■ Included | ☐ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E. which may result in a partial payment or no payment at all to the secured creditor. | ■ Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN**

   A. <u>Plan Payments From Future Income</u>

   1. To date, the Debtor paid $ <u>2,044.00</u> (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total

1

Case 5:17-bk-04027-JJT    Doc 30    Filed 03/29/18    Entered 03/29/18 09:55:59    Desc
Main Document    Page 3 of 12

base plan is $ _see "Total Payments" in chart below_ plus other payments and property stated in § 1B below:

| Start mm/yy | End Mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 11/2017 | 10/2022 | $ 510.00 | $0 | $ 510.00 | $ 30,600.00 |
| | | | | Total Payments: | $ 30,600.00 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. CHECK ONE: (  ) Debtor is at or under median income. *If this line is checked, the rest of §1.A.4 need not be completed or reproduced.*

              ( X ) Debtor is over median income. Debtor calculates that a minimum of $ 24,519 must be paid to allowed unsecured creditors in order to comply with the Means Test.

### B. Additional Plan Funding From Liquidation of Assets/Other

    1. The Debtor estimates that the liquidation value of this estate is $ 0 . (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

Check one of the following two lines:

  __X__   No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

    2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____. All sales shall be completed by ____, 20___. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____

    3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _If Debtor has any recovery in excess of allowed exemptions related to a 2010 vehicle accident, such nonexempt proceeds will be paid into the plan, except to the extent that the monthly payments paid by the Debtor have already exceeded the liquidation value of the estate._

2

2. **SECURED CLAIMS**

   A. <u>**Pre-Confirmation Distributions.**</u> *Check one:*

   _____ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

   __X__ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

   | Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
   |---|---|---|
   | ONE MAIN FINANCIAL<br>PO BOX 3251 EVANSVILLE, IN 47731-3251 | 9503 | $ 150.00 |

   1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

   2. If a mortgagee files a notice pursuant to Fed.R.Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

   B. <u>**Mortgages (including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.**</u> *Check one*

   _____ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

   __X__ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

   | Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
   |---|---|---|
   | NATIONSTAR MORTGAGE, LLC | 24 Wyoming St, Wilkes-Barre, PA | 6105 |

   C. <u>**Arrears (including but not limited to, claims secured by Debtor's principal residence).**</u> *Check one.*

   _____ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

3

__X__  The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322 (b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Est. Pre-petition Arrears to be Cured | Est. Post-petition Arrears to be Cured | Est. Total to be paid in plan |
|---|---|---|---|---|
| NATIONSTAR MORTGAGE, LLC | 24 Wyoming St, Wilkes-Barre, PA | $ 1,310.33 approx | $ 0 | $ 1,310.33 approx |

D. **Other secured claims (conduit payments and claims for which a §506 valuation is not applicable, etc)**

__X__  None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced*

E. **Secured claims for which a §506 valuation is applicable.** *Check one*

_____ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

__X__ Claims listed in the subsection are debts secured by property not described in §2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent, or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan or Adversary Action |
|---|---|---|---|---|---|
| ONE MAIN FINANCIAL | 2006 Ford Explorer (non-purchase money lien) | $3,000.00 | 5 % | $ 3,400.00 | PLAN |

4

F. **Surrender of Collateral:** *Check one*

   X   None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** Do not use for mortgages or for statutory liens, such as tax liens *Check one.*

   X   None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS**

   A. **Administrative Claims**

   1. <u>Trustee Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney fees.</u> Complete only one of the following options:
      a. In addition to the retainer of $_____ already paid by the Debtor, the amount of $_____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $ _285.00_ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R.. 2016-2(b).

   3. <u>Other</u> Other administrative claims not included in §§3.A.1 or 3.A.2 above. *Check one of the following two lines:*

         X   None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. **Priority Claims (including but not limited to, Domestic Support Obligations other than those treated in §3.C below.** *Check one of the following two lines:*

      X   None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

   C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines:*

      X   None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

5

## 4. UNSECURED CLAIMS

### A. Claims of Unsecured Nonpriority Creditors Specially Classified. Check one of the following two lines:

\_\_\_\_ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

__X__ To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

| Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
|---|---|---|---|---|
| **CMC-FCPI EMPLOYEES FEDERAL CREDIT UNION** | Co-maker loan specially classified under §1301 & §1322 because of non-Debtor co-signer on consumer loan. | $ 8,647.09 approx | 13.0 % | $ 11,000.00 |

### B. Remaining allowed unsecured claims will receive a pro-rate distribution of funds remaining after payment of other classes.

## 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES. *Check one of the following two lines:*

__X__ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

## 6. VESTING OF PROPERTY OF THE ESTATE.

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

__X__ plan confirmation.
\_\_\_\_ entry of discharge.
\_\_\_\_ closing of case.

## 7. DISCHARGE (Check One)

( **X** ) The debtor will seek a discharge pursuant to §1328(a).

( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in §1328(f).

6

## 8. ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority, or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are filled in, the rest of § 8 need not be completed or reproduced. If the above Levels are not filled- in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:   Adequate protection payments.
Level 2:   Debtor's attorney's fees.
Level 3:   Domestic Support Obligations.
Level 4:   Priority claims, pro rata.
Level 5:   Secured claims, pro rata.
Level 6:   Specially classified unsecured claims.
Level 7:   Timely filed general unsecured claims.
Level 8:   Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit)

**A. Debtor will file a separate motion to avoid the judicial lien of Cavalry SPV I, LLC which impairs an exemption in the Debtor's real property.**

Dated: _____3-28-2018_____       _____
                                                          Attorney for Debtor

                                                          _____
                                                          Lori J. Bliss

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in §9.

7

Label Matrix for local noticing
0314-5
Case 5:17-bk-04027-JJT
Middle District of Pennsylvania
Wilkes-Barre
Thu Mar 29 09:50:32 EDT 2018

AES/PHEAA
PO Box 61047
Harrisburg, PA 17106-1047

BOSTON PORTFOLIO ADVISORS as servicer
for PNC Bank, N.A.
C/O Weltman, Weinberg & Reis Co., L.P.A.
P.O. Box 93784
Cleveland, OH 44101-5784

Bank of America
PO Box 9822368
El Paso, TX 79998

Lori J. Bliss
24 Wyoming St
Wilkes Barre, PA 18702-4430

Bliss Lori J
24 Wyoming St
Wilkes Barre, PA 18702-4430

Brian J. Cali, Esquire
103 E Drinker St
Dunmore, PA 18512-2431

CMC FCPI Employees FCU
415 Colfax Ave
Scranton, PA 18510-2362

CW Nexus Credit Card Holdings 1, LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Capio Partners
PO Box 4115
Concord, CA 94524-4115

Capital One/Alliance One
PO Box 3111
Southeastern, PA 19398-3111

Cavalry SPV I LLC/CitiBank NA
500 Summit Lake Dr Ste 400
Valhalla, NY 10595-1340

City of Wilkes-Barre
PO Box 1324
Wilkes Barre, PA 18703-1324

Credit Protection Association LP
Coll: Service Electric Cable TV.
13355 Noel Rd # S62100
Dallas, TX 75240-6837

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Dish Network
AFNI
1310 Martin Luther King Dr
Bloomington, IL 61701-1465

(c)LISA M. DORAN
DORAN & DORAN, P.C.
67-69 PUBLIC SQ STE 700
WILKES BARRE PA 18701-2515

(c)DORAN & DORAN PC
67-69 PUBLIC SQ STE 700
WILKES BARRE PA 18701-2515

EOS CCA
Coll: Verizon
700 Longwater Dr
Norwell, MA 02061-1624

Encompass Insurance Co of America
Credit Collection Services
PO Box 448
Norwood, MA 02062-0448

Enhanced Recovery Co
8014 Bayberry Rd
Jacksonville, FL 32256-7412

FBCS
Coll: PNC Bank
PO Box 1116
Charlotte, NC 28201-1116

FMS, Inc.
PO Box 707600
Tulsa, OK 74170-7600

Federal Loan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

Geisinger
100 N Academy Ave
Danville, PA 17822-9800

Hayt Hayt & Landau LLC
2 Industrial Way W
Eatontown, NJ 07724-2279

Highgate - Galleria
PO Box 547C
Lake Harmony, PA 18624-0820

Intermountain Medical Group
610 Wyoming Ave
Kingston, PA 18704-3787

McCarthy Burgess & Wolff
Coll: Verizon
26000 Cannon Rd
Cleveland, OH 44146-1807

Peter E Meltzer
Weber Gallagher Simpson Stapleton Fires
2000 Market Street, 13th Floor
Philadelphia, PA 19103-3204

| | | |
|---|---|---|
| Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY  11804-9001 | Midland Credit Management, Inc.<br>PO Box 60578<br>Los Angeles, CA  90060-0578 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI  48090-2011 |
| MiraMed Revenue Group<br>Coll: Geisinger<br>991 Oak Creek Dr<br>Lombard, IL  60148-6408 | Misericordia University<br>Student Financial Services<br>301 Lake St<br>Dallas, PA  18612-7752 | NCB Management Services Inc.<br>PO Box 1099<br>Langhorne, PA  19047-6099 |
| National Recovery Agency<br>PO Box 67015<br>Harrisburg, PA  17106-7015 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage LLC<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept<br>PO BOX 619094<br>Dallas, TX 75261-9094 |
| Nationwide Credit, Inc.<br>PO Box 26314<br>Lehigh Valley, PA  18002-6314 | Northeast Revenue Service<br>200 N River St<br>Wilkes Barre, PA  18711-1004 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| ONEMAIN FINANCIAL OF PENNSYLVANIA, INC.<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | One Main Financial<br>672 S River St Ste 314<br>Plains, PA 18705-1035 | PHEAA<br>PO Box 61047<br>Harrisburg, PA  17106-1047 |
| PHEAA<br>PO Box 8147<br>Harrisburg, PA  17105-8147 | PNC Bank NA<br>FBCS Inc.<br>330 S Warminster Rd Ste 353<br>Hatboro, PA  19040-3433 | PNC Bank, N.A.<br>Boston Portfolio Advisors as Authorized<br>Agent for PNC Bank, N.A.<br>600 Corporate Drive, Suite 502<br>Fort Lauderdale, FL 33334-3662 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portnoff Law Assoc<br>PO Box 3020<br>Norristown, PA  19404-3020 |
| Professional Acct Services<br>PO Box 188<br>Brentwood, TN  37024-0188 | Service Electric<br>15 J Campbell Collins Dr<br>Wilkes Barre, PA  18702-6636 | Stabilis Split Rock JV, LLC<br>PO Box 547-B<br>Lake Harmony, PA  18624-0819 |
| Synchrony Bank/Care Credit<br>950 Forrer Blvd<br>Kettering, OH  45420-1469 | Tek Collect<br>Coll: Eye Care Specialists<br>PO Box 1269<br>Columbus, OH  43216-1269 | U.S. BANK NATIONAL ASSOCIATION<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| U.S.Department of Education<br>C/O FedLoan Servicing<br>P.O.Box 69184<br>Harrisburg PA 17106-9184 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | James Peter Valecko<br>Weltman Weinberg and Reis Co LPA<br>436 Seventh Avenue<br>2718 Koppers Building<br>Pittsburgh, PA 15219 |

Verizon
500 Technology Dr Ste 30
Weldon Spring, MO 63304-2225

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Verizon
c/o EOS CCA
700 Longwater Dr
Norwell, MA 02061-1624

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

Wyoming Valley Sanitary Authority
PO Box 33A
Wilkes-Barre, PA 18703

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage
350 Highland Dr
Lewisville, TX 75067-4177

Portfolio Recovery Associates, LLC
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Lisa M. Doran
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

Doran & Doran PC
69 Public Sq Ste 700
Wilkes-Barre, PA 18701-2588

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Boston Portfolio Advisors as authorized ag

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)U.S. Bank National Association,
Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave. Suite 100
Boca Raton, FL 33487-2853

(u)U.S. Bank National Association, et. al.

End of Label Matrix
Mailable recipients    64
Bypassed recipients     5
Total                  69