UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LORI J. BLISS                                    :   CHAPTER 13
           Debtor(s)                                :
                                                 :
     CHARLES J. DEHART, III                        :
     STANDING CHAPTER 13 TRUSTEE                  :
           Movant                                   :
                                                 :
           vs.                                     :
                                                 :
     LORI J. BLISS                                :
           Respondent(s)                            :   CASE NO.   5-17-bk-04027

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

       AND NOW, this   12th   day of April, 2018, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

       1.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered
due to the lack of the following:

         a.   Proof of Claim for Credit Union.

       WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable
and therefore Trustee prays that this Honorable Court will:

         a.   Deny confirmation of debtor(s) plan.
         b.   Dismiss or convert debtor(s) case.
         c.   Provide such other relief as is equitable and just.

                     Respectfully submitted:

                     Charles J. DeHart, III
                     Standing Chapter 13 Trustee
                     8125 Adams Drive, Suite A
                     Hummelstown, PA 17036
                     (717) 566-6097

              BY:        /s/Agatha R. McHale
                     Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   12th   day of April, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Lisa M. Doran, Esquire
69 Public Square, Suite 700
Wilkes Barre, PA   18701

                                            /s/Deborah A. Behney
                                            Office of Charles J. DeHart, III
                                            Standing Chapter 13 Trustee