```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04027-JJT
Lori J. Bliss                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: REshelman      Page 1 of 1      Date Rcvd: Apr 16, 2018
                        Form ID: ntcltrdb     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
5048213      +CMC-FCPI Employees Federal Credit Union,   415 Colfax Avenue,   Scranton, PA 18510-2362

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         James   Warmbrodt   on behalf of Creditor   U.S. Bank National Association, et. al.
          bkgroup@kmllawgroup.com
         James Peter Valecko    on behalf of Creditor    Boston Portfolio Advisors as authorized agent for
          PNC Bank, N.A. answering for AES/National City Bank jvalecko@weltman.com,  PitEcf@weltman.com
         Lisa M. Doran    on behalf of Debtor 1 Lori J. Bliss ldoran@dorananddoran.com
         Peter E Meltzer   on behalf of Creditor   ONEMAIN FINANCIAL OF PENNSYLVANIA, INC.
          bankruptcy@wglaw.com,   state@wglaw.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                  TOTAL: 6

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Lori J. Bliss<br>aka Lori J. Sennett, aka Lori Jean Bliss<br>Debtor(s) | Chapter 13<br>Case No. 5:17−bk−04027−JJT |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#15) has been filed by the Debtor on behalf of CMC−FCPI Employees Federal Credit Union in the amount of $11000.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 16, 2018 |