```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04027-JJT
Lori J. Bliss                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5           User: LyndseyPr              Page 1 of 1              Date Rcvd: Jun 06, 2018
                               Form ID: pdf010              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
db              Lori J. Bliss,    24 Wyoming St,    Wilkes Barre, PA  18702-4430
                Cavalry SPV I,III,    c/o CT Corporation,   600 N. 2nd Street, Ste. 401,
                 Harrisburg, PA 17101-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, et. al.
               bkgroup@kmllawgroup.com
              James Peter Valecko    on behalf of Creditor    Boston Portfolio Advisors as authorized agent for
               PNC Bank, N.A. answering for AES/National City Bank jvalecko@weltman.com, PitEcf@weltman.com
              Lisa M. Doran    on behalf of Debtor 1 Lori J. Bliss ldoran@dorananddoran.com
              Peter E Meltzer    on behalf of Creditor    ONEMAIN FINANCIAL OF PENNSYLVANIA, INC.
               bankruptcy@wglaw.com, state@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **Lori J. Bliss aka Lori Jean Bliss aka Lori J. Sennett**, | : | Case No. 5-17-bk-04027-JJT |
| | : | Chapter 13 |
| Debtor | : | |
| Lori J. Bliss, | : | Motion to Avoid Judicial Lien |
| Movant | : | |
| v. | : | |
| Cavalry SPV I, LLC, as assignee of Citibank, N.A., | : | |
| Respondent | : | |

### ORDER AVOIDING JUDICIAL LIEN OF CAVALRY SPV I, LLC, AS ASSIGNEE OF CITIBANK, N.A. WHICH IMPAIRS DEBTOR'S EXEMPTIONS

Upon Motion of the above Debtor, Lori J. Bliss, by her attorneys, Doran & Doran, P.C. requesting that the judicial lien of Cavalry SPV I, LLC, as Assignee of Citibank, N.A. which impairs the Debtor's exemptions in real property be avoided pursuant to §522(f)(1)(A) of the Bankruptcy Code; it is

ORDERED, that the judgment lien in favor of Cavalry SPV I, LLC, as Assignee of Citibank, N.A. against **Lori J. Bliss** in the Court of Common Pleas of Luzerne County in the amount of $4,886.96 in civil action **#2017-05943** is hereby avoided.

Dated: June 5, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)

Case 5:17-bk-04027-JJT   Doc 44   Filed 06/08/18   Entered 06/09/18 00:42:50   Desc
Imaged Certificate of Notice   Page 2 of 2