# Doran & Doran, P.C.

### Attorneys at Law

69 Public Square, Suite 700
Wilkes-Barre, PA 18701-2588
Telephone: 570-823-9111
Fax: 570-829-3222
www.dorananddoran.com

John H. Doran, Esquire
jdoran@dorananddoran.com
Lisa M. Doran, Esquire
ldoran@dorananddoran.com

Wm. N. Reynolds (1847-1936)
Wm. N. Reynolds, Jr. 1874-1957)
Robert J. Doran (1895-1962)

June 13, 2018

Clerk US Bankruptcy Court
197 South Main Street
Wilkes-Barre, PA 18702

RE: Lori J. Bliss – Bk. Case No. 5-17-bk-04027 – Ch. 13

Lori J. Bliss v. Cavalry SPV I, LLC as assignee of Citibank, NA

Cavalry SPV I, LLC as assignee of Citibank, NA v. Lori J. Bliss
No. 2017-05943 (Luzerne County)

Dear Clerk:

I ask that you certify a Copy of the *Order Avoiding Judicial Lien of Citibank, N.A. Which Impairs Debtor's Exemptions* which was entered on June 5, 2018 (Doc 43) regarding the above captioned matter and forward a copy of the Certified Document to me electronically. The fee for the certification has been paid to the Court at the time of this request.

Very truly yours,

*Lisa M Doran/st*

Lisa M. Doran
ldoran@dorananddoran.com

ete