```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04027-JJT
Lori J. Bliss                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: LyndseyPr     Page 1 of 1     Date Rcvd: Jul 16, 2018
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.
4978476       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association, et. al.
          bkgroup@kmllawgroup.com
         James Peter Valecko    on behalf of Creditor    Boston Portfolio Advisors as authorized agent for
          PNC Bank, N.A. answering for AES/National City Bank jvalecko@weltman.com,   PitEcf@weltman.com
         Lisa M. Doran    on behalf of Debtor 1 Lori J. Bliss ldoran@dorananddoran.com
         Peter E Meltzer    on behalf of Creditor    ONEMAIN FINANCIAL OF PENNSYLVANIA, INC.
          bankruptcy@wglaw.com,    state@wglaw.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                 TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-04027-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Lori J. Bliss
24 Wyoming St
Wilkes Barre PA 18702-4430

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/16/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: PHEAA, PO Box 8147, Harrisburg, PA 17105 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/18/18

Terrence S. Miller
**CLERK OF THE COURT**