United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                               Case No. 17-04027-MJC

Lori J. Bliss                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                       User: AutoDocke                                       Page 1 of 4

Date Rcvd: Nov 21, 2022                             Form ID: 3180W                                   Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lori J. Bliss, 24 Wyoming St, Wilkes Barre, PA 18702-4430 |
| 4973371 | | Bank of America, PO Box 9822368, El Paso, TX 79998 |
| 4973368 | | Bliss Lori J, 24 Wyoming St, Wilkes Barre, PA 18702-4430 |
| 4973372 | | Brian J. Cali, Esquire, 103 E Drinker St, Dunmore, PA 18512-2431 |
| 4973377 | | CMC FCPI Employees FCU, 415 Colfax Ave, Scranton, PA 18510-2362 |
| 5048213 | + | CMC-FCPI Employees Federal Credit Union, 415 Colfax Avenue, Scranton, PA 18510-2362 |
| 4973378 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association LP, Coll: Service Electric Cable TV, 13355 Noel Rd # S62100, Dallas, TX 75240-6602 |
| 4973373 | | Capio Partners, PO Box 4115, Concord, CA 94524-4115 |
| 4973374 | | Capital One/Alliance One, PO Box 3111, Southeastern, PA 19398-3111 |
| 4973375 | + | Cavalry SPV I LLC/CitiBank NA, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 4973376 | | City of Wilkes-Barre, PO Box 1324, Wilkes Barre, PA 18703-1324 |
| 4973379 | | Dish Network, AFNI, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 4973369 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 4973380 | | Encompass Insurance Co of America, Credit Collection Services, PO Box 448, Norwood, MA 02062-0448 |
| 4973383 | | FBCS, Coll: PNC Bank, PO Box 1116, Charlotte, NC 28201-1116 |
| 4973386 | | Geisinger, 100 N Academy Ave, Danville, PA 17822-9800 |
| 4973387 | + | Hayt Hayt & Landau LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 4973388 | | Highgate - Galleria, PO Box 547C, Lake Harmony, PA 18624-0820 |
| 4973389 | + | Intermountain Medical Group, 610 Wyoming Ave, Kingston, PA 18704-3787 |
| 4973394 | | Misericordia University, Student Financial Services, 301 Lake St, Dallas, PA 18612-7752 |
| 4973397 | | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 4973399 | | Northeast Revenue Service, 200 N River St, Wilkes Barre, PA 18711-1004 |
| 4973400 | + | One Main Financial, 672 S River St Ste 314, Plains, PA 18705-1035 |
| 4973402 | | PNC Bank NA, FBCS Inc., 330 S Warminster Rd Ste 353, Hatboro, PA 19040-3433 |
| 4973404 | | Portnoff Law Assoc, PO Box 3020, Norristown, PA 19404-3020 |
| 4973406 | | Service Electric, 15 J Campbell Collins Dr, Wilkes Barre, PA 18702-6636 |
| 4973407 | | Stabilis Split Rock JV, LLC, PO Box 547-B, Lake Harmony, PA 18624-0819 |
| 4973412 | | Wyoming Valley Sanitary Authority, PO Box 33A, Wilkes-Barre, PA 18703 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | EDI: AGFINANCE.COM | Nov 21 2022 23:38:00 | ONEMAIN FINANCIAL OF PENNSYLVANIA, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4973370 | Email/Text: bncnotifications@pheaa.org | Nov 21 2022 18:45:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5013464 | + | Email/Text: BKRMailOps@weltman.com | Nov 21 2022 18:46:00 | BOSTON PORTFOLIO ADVISORS as servicer, for PNC Bank, N.A., C/O Weltman, Weinberg & Reis Co., L.P.A., P.O. Box 93784, Cleveland, OH 44101-5784 |
| 5023507 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2022 18:53:58 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4973379 | | EDI: DISH | Nov 21 2022 23:38:00 | Dish Network, AFNI, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 4973382 | | Email/Text: bankruptcydepartment@tsico.com | Nov 21 2022 18:46:00 | EOS CCA, Coll: Verizon, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 5084133 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 21 2022 18:45:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5084134 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 21 2022 18:45:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 4973381 | | Email/Text: bknotice@ercbpo.com | Nov 21 2022 18:46:00 | Enhanced Recovery Co, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 4973385 | ^ | MEBN | Nov 21 2022 18:38:47 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 4973384 | | Email/Text: bncnotifications@pheaa.org | Nov 21 2022 18:45:00 | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 4973390 | | Email/Text: bknotices@mbandw.com | Nov 21 2022 18:46:00 | McCarthy Burgess & Wolff, Coll: Verizon, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 4973391 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2022 18:53:59 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 4973392 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2022 18:46:00 | Midland Credit Management, Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 4999396 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2022 18:46:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4973393 | | Email/Text: mmrgbk@miramedrg.com | Nov 21 2022 18:46:00 | MiraMed Revenue Group, Coll: Geisinger, 991 Oak Creek Dr, Lombard, IL 60148-6408 |
| 4973396 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2022 18:45:00 | Nationstar Mortgage, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 4973398 | ^ | MEBN | Nov 21 2022 18:38:44 | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 4973395 | | Email/Text: Bankruptcies@nragroup.com | Nov 21 2022 18:46:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 4995388 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2022 18:45:00 | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO BOX 619094, Dallas, TX 75261-9094 |
| 4989525 | | EDI: AGFINANCE.COM | Nov 21 2022 23:38:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4973401 | | Email/Text: bncnotifications@pheaa.org | Nov 21 2022 18:45:00 | PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 4978476 | + | Email/Text: bncnotifications@pheaa.org | Nov 21 2022 18:45:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4973403 | | EDI: PRA.COM | Nov 21 2022 23:43:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 4990403 | | EDI: PRA.COM | Nov 21 2022 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4973841 | + | EDI: RECOVERYCORP.COM | | |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 21 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4973405 | | Email/Text: pasi_bankruptcy@chs.net | Nov 21 2022 18:45:00 | Professional Acct Services, PO Box 188, Brentwood, TN 37024-0188 |
| 4973408 | | EDI: RMSC.COM | Nov 21 2022 23:38:00 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 4973409 | | Email/Text: Bankruptcy@TekCollect.com | Nov 21 2022 18:45:00 | Tek Collect, Coll: Eye Care Specialists, PO Box 1269, Columbus, OH 43216-1269 |
| 4982582 | + | Email/Text: RASEBN@raslg.com | Nov 21 2022 18:45:00 | U.S. BANK NATIONAL ASSOCIATION, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4980778 | | Email/Text: bncnotifications@pheaa.org | Nov 21 2022 18:45:00 | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 4973411 | | EDI: VERIZONCOMB.COM | Nov 21 2022 23:38:00 | Verizon, c/o EOS CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 4995369 | | EDI: AIS.COM | Nov 21 2022 23:43:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4973410 | | EDI: VERIZONCOMB.COM | Nov 21 2022 23:38:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. Bank National Association,, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave. Suite 100, Boca Raton, FL 33487-2853 |
| 5022896 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2022　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

**Name** **Email Address**

Brian Nicholas

| | |
|---|---|
| | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2020- R7 Mortgage-Backed Notes, Series 2020-R7 bnicholas@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association et. al. bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor Boston Portfolio Advisors as authorized agent for PNC Bank N.A. answering for AES/National City Bank pitecf@weltman.com, PitEcf@weltman.com |
| Lisa M. Doran | on behalf of Debtor 1 Lori J. Bliss ldoran@dorananddoran.com |
| Peter E Meltzer | on behalf of Creditor ONEMAIN FINANCIAL OF PENNSYLVANIA INC. bankruptcy@wglaw.com, ibernatski@wglaw.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Lori J. Bliss (First Name Middle Name Last Name) | | Social Security number or ITIN: xxx–xx–4759<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): (First Name Middle Name Last Name) | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:17-bk-04027-MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lori J. Bliss
aka Lori J. Sennett, aka Lori Jean Bliss

11/21/22

**By the court:**

_[signature]_

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**