# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    LORI J. BLISS                                       Case No.: 5-17-04027-MJC
                                                              Chapter 13

                Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                 **MORTGAGE INFORMATION**
Creditor Name:                 NATIONSTAR MORTGAGE
Court Claim Number:            09
Last Four of Loan Number:      6105/PRE ARREARS/24 WYOMING ST
Property Address if applicable:   24 WYOMING ST., , WILKES BARRE, PA18702-4430

**PART 2:**                 **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.   Allowed prepetition arrearages:                                        $1,310.33
b.   Prepetition arrearages paid by the Trustee:                      $1,310.33
c.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c):                                   $0.00
d.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00
e.   Allowed postpetition arrearage:                                             $0.00
f.   Postpetition arrearages paid by the Trustee:                           $0.00
g.   Total b, d, f:                                                                $1,310.33

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                 **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 1, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name:  NATIONSTAR MORTGAGE
Court Claim Number:  09

```
      CLM #    CHECK #      DATE         PRIN PAID     INT PAID     TOTAL DISB

      5200     1203332      06/06/2019     $466.61       $0.00         $466.61
      5200     1207551      09/26/2019     $296.31       $0.00         $296.31
      5200     1208714      10/10/2019     $138.33       $0.00         $138.33
      5200     1209848      11/07/2019     $238.78       $0.00         $238.78
      5200     1211202      12/12/2019     $132.36       $0.00         $132.36
      5200     1212562      01/16/2020      $37.94       $0.00          $37.94
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
LORI J. BLISS

Case No.: 5-17-04027-MJC
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| LISA M. DORAN, ESQUIRE<br>69 PUBLIC SQUARE SUITE 700<br>WILKES-BARRE PA, 18701- | SERVED ELECTRONICALLY |
| NATIONSTAR MORTGAGE LLC<br>PO BIX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| LORI J. BLISS<br>24 WYOMING ST.<br>WILKES BARRE, PA 18702-4430 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 1, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com