In re:  Case No. 17-04027-MJC
Lori J. Bliss  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Mar 23, 2023  Form ID: fnldec  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lori J. Bliss, 24 Wyoming St, Wilkes Barre, PA 18702-4430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2020- R7 Mortgage-Backed Notes, Series 2020-R7 bnicholas@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@raslg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association et. al. bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor Boston Portfolio Advisors as authorized agent for PNC Bank N.A. answering for AES/National City Bank pitecf@weltman.com, PitEcf@weltman.com |
| Lisa M. Doran | on behalf of Debtor 1 Lori J. Bliss ldoran@dorananddoran.com |
| Peter E Meltzer | on behalf of Creditor ONEMAIN FINANCIAL OF PENNSYLVANIA INC. bankruptcy@wglaw.com, ibernatski@wglaw.com |

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Lori J. Bliss, <br> aka Lori J. Sennett, aka Lori Jean Bliss, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:17−bk−04027−MJC |

Social Security No.:
        xxx−xx−4759

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

_Mark J. Conway, United States Bankruptcy Judge_

Dated: March 23, 2023

**fnldec** (01/22)