## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lori J. Bliss aka Lori J. Sennett, aka Lori Jean Bliss**<br>　　　　　　　　　　　**Debtor**<br><br>**U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2020- R7 Mortgage-Backed Notes, Series 2020-R7**<br>　　　　　　　　　　　**Movant**<br>　　　　　　vs.<br><br>**Lori J. Bliss aka Lori J. Sennett, aka Lori Jean Bliss**<br>　　　　　　　　　　　**Debtor**<br><br>**Jack N. Zaharopoulos, Esq.**<br>　　　　　　　　　　　**Trustee** | BK NO. 17-04027-MJC<br><br>Chapter 13<br><br>Related to Claim No. 9 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 14 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Lori J. Bliss aka Lori J. Sennett, aka Lori Jean Bliss
24 Wyoming Street
Wilkes Barre, PA 18702

<u>Attorney for Debtor</u>
Lisa M. Doran, Esq.
69 Public Square
Suite 700 (VIA ECF)
Wilkes-Barre, PA 18701

<u>Trustee</u>
Jack N. Zaharopoulos, Esq.
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first-class mail.

Dated: <u>October 14, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　　　　<u>**/s/Brian C. Nicholas, Esquire**</u>
　　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com